USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/16/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GOMEZ,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>                              **Defendant.** | **22-cv-9412 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff's application for the Court to appoint pro bono counsel (ECF No. 12) is **DENIED** without prejudice.

**SO ORDERED.**

Dated:    February 16, 2023
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**