**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YUDELKA A LORA GOMEZ,

                Plaintiff,                22 **CIVIL** 9412 (ALC)

       -v-                                **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulated Order dated March 27, 2023, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered a new hearing. The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York
          March 28, 2023

                                                      **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                        **BY:**    *K. Mango*

                                                                   **Deputy Clerk**